```
                                                    FILED
                                                  APR 1 1 2008
    UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF COLUMBIA              NANCY MAYER WHITTINGTON, CLERK
                                                  U.S. DISTRICT COURT
```

JAMES DALTON BELL,                )
                                  )
            Petitioner,            )
                                  )
    v.                            )    Civil Action No. 08 0633
                                  )
PERSONS ACTING AS "UNITED STATES  )
PAROLE COMMISSION," *et al.*,     )
                                  )
            Respondents.          )

## DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that petitioner Bell's application to proceed *in forma pauperis* is GRANTED, and it is

FURTHER ORDERED that Ronald Del Raine is DISMISSED WITHOUT PREJUDICE as a party to this action, and it is

FURTHER ORDERED that the petition is DISMISSED WITHOUT PREJUDICE. All other pending motions are DENIED WITHOUT PREJUDICE as moot.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

/s/ Rosemary M. Collyer
United States District Judge

Date: 3/25/08