UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 30 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| James Dalton Bell, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08-0633 |
| United States Parole Commission *et al.*, | ) |
| Defendants. | ) |

ORDER

Plaintiff has submitted a document construed as a motion to reconsider the Order of April 11, 2008, dismissing the case. A motion for reconsideration of a final order need not be granted "unless the district court finds that there is an intervening change in controlling law, the availability of new evidence or the need to correct a clear error or prevent manifest injustice." *Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996) (citations and quotation marks omitted). Plaintiff's disagreements with the Court's conclusions provide no grounds for relief under Fed. R. Civ. P. 60. Accordingly, it is this 29th day of May 2008,

ORDERED that plaintiff's construed motion for reconsideration [Dkt. No. 5] is DENIED.

/s/ Paul L. Friedman
United States District Judge